Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
PATRICK MAHONEY, CAROLINE
KENNEDY, SURACHA XIONG,
and BRANDON ALLEN, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK MAHONEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. <br><br> **PLAINTIFFS' NOTICE OF MOTION; MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Date:     TBD <br> Time:     TBD <br> Location: Robert T. Matsui U.S. Courthouse <br>           501 I Street <br>           Sacramento, CA 95814 <br> Courtroom: TBD <br> District Judge: TBD |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 65(b) and E.D. Cal. L.R. 231(a), on February _____, 2020, at ___:_____ ___.m., at the Robert T. Matsui U.S. Courthouse, located at 501 I Street, Sacramento, CA 95814, in Courtroom _____ before the Honorable District Judge _____, Plaintiffs Patrick Mahoney, Caroline Kennedy, Suracha Xiong, and Brandon Allen, Sr., on behalf of themselves and a class of similarly situation persons, do and will move the Court for issuance of a temporary restraining order to preserve the status quo and temporarily enjoin Defendants City of Sacramento, Sacramento Police Department, and Doe 1 to 50 from removing

1

or ordering the removal of the port-a-potty located near their encampment of approximately thirty (30) homeless persons on North B Street in Sacramento, west of North 7th Street, until such time that a motion for preliminary injunction may be heard by the Court..

The instant motion is supported by this notice and motion, the accompanying memorandum of points and authorities and declaration in support, the pleadings on file with the Court in this action, and any other arguments or evidence which may be submitted in this matter.

Dated: February 4, 2020               Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336

Attorneys for Plaintiffs
PATRICK MAHONEY, CAROLINE KENNEDY, SURACHA XIONG, and BRANDON ALLEN, SR.

2

**NOTICE OF MOTION; MOTION FOR TEMPORARY RESTRAINING ORDER**
*Mahoney v. City of Sacramento*, United States District Court, Eastern District of California, Case No. _____