Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:	(916) 443-6911
Facsimile:	(916) 447-8336
E-Mail:	mark@markmerin.com
	paul@markmerin.com

Attorneys for Plaintiffs
PATRICK MAHONEY, CAROLINE
KENNEDY, SURACHA XIONG,
and BRANDON ALLEN, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

PATRICK MAHONEY, et al.,

　　　　　　Plaintiffs,

vs.

CITY OF SACRAMENTO, et al.,

　　　　　　Defendants.

Case No.

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

　　　This matter came before the Court on Plaintiffs' motion for temporary restraining order. After thorough consideration of the claims' apparent merits, the irreparable nature of the injury, the remedies at law, the balance of hardships, and the public interest, the Court finds that the motion is well-taken and should be GRANTED, and that bond is unneeded.

　　　Defendants City of Sacramento, Sacramento Police Department, and Doe 1 to 50 are temporarily ENJOINED from removing or ordering the removal of the port-a-potty located near their encampment of approximately thirty (30) homeless persons on North B Street in Sacramento, west of North 7th Street, until such time that a motion for preliminary injunction may be heard by the Court.

　　　Plaintiffs will file a motion for preliminary injunction. That motion is to be heard within fourteen (14) calendar days of this Order, or before any later expiry of this Order to which the parties agree. The motion for preliminary injunction is set for hearing before the undersigned on _____,

1

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**
*Mahoney v. City of Sacramento*, United States District Court, Eastern District of California, Case No. _____

2020, at ____ o'clock __.m. Defendants' opposition to the motion shall be filed not less than ____ court days before the hearing, and Plaintiffs' reply thereto not less than ____ court days before the hearing.

  The amount of the bond is $_____.

  Affected parties are provided with notice of the right to apply to the Court for modification or dissolution of this temporary restraining order on two (2) days' notice or such shorter notice as the Court may allow.

  It is SO ORDERED this ____ day of February, 2020, at ____ o'clock __.m.

                 _____
                 UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**
*Mahoney v. City of Sacramento*, United States District Court, Eastern District of California, Case No. _____