UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**TEMPORARY RESTRAINING ORDER**
**(TRO)**
**CHECKLIST**

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A) *Check one.*   Filing party is represented by counsel   ☑

   Filing party is acting in pro se   ☐

(B) Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

   **Yes. (See attached Declaration of Mark E. Merin.)**

   Did applicant discuss alternatives to a TRO hearing?
   **Yes. (See attached Declaration of Mark E. Merin.)**

   Did applicant ask opponent to stipulate to a TRO?
   **Yes. (See attached Declaration of Mark E. Merin.)**

   Opposing Party:  **Beau Parkhurst @ Sacramento City Attorney's Office**

   Telephone No.:  **(916) 808-5346**

(C) Has there been undue delay in bringing a TRO?
   **No.**

   Could this have been brought earlier?

   Yes: ☐      No: ☑

(D)   What is the irreparable injury?

**Violation of constitutional rights, including: (1) right to privacy (U.S. Const., Amend. XIV, § 1); (2) right to bodily integrity (U.S. Const., Amend. XIV, § 1); (3) state-created danger (U.S. Const., Amend. XIV, § 1); and (4) punishment for involuntary and life-sustaining activity (U.S. Const., Amend. VIII).**

Why the need for an expedited hearing?

**The threatened removal or ordering of the removal of the port-a-potty located near the encampment of approximately thirty (30) homeless persons on North B Street in Sacramento, west of North 7th Street, before such time that a motion for preliminary injunction may be heard by the Court.**

(E)   Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☑ (1) Complaint
- ☑ (2) Motion for TRO
- ☑ (3) Brief on all legal issued presented by the motion
- ☑ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☑ (5) Affidavit in support of existence of irreparable harm
- ☑ (6) Proposed order with provision for bond
- ☑ (7) Proposed order with blanks for fixing:
    - ☑ Time and date of hearing for motion for preliminary injunction
    - ☑ Date for filing responsive papers
    - ☑ Amount of bond, if any
    - ☑ Date and hour of issuance
- ☑ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. *See Local Rule 231 and FRCP 65(b)*