1   SUSANA ALCALA WOOD, City Attorney (SBN 156366)
2   **SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
    SRichmond@cityofsacramento.org
3   CITY OF SACRAMENTO
    915 I Street, Room 4010
    Sacramento, CA  95814-2608
4   Telephone:  (916) 808-5346
    Facsimile:  (916) 808-7455
5
    Attorneys for the CITY OF SACRAMENTO and
6   CITY OF SACRAMENTO POLICE DEPARTMENT

7

8                   UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
    PATRICK MAHONEY; CAROLINE          | Case No.:  2:20-cv-00258-KJM-CKD
12  KENNEDY; SURACHA XIONG; and        |
    BRANDON ALLEN, SR., on behalf of   | **DECLARATION OF SEAN D.
13  themselves and a class of similarly situated | RICHMOND IN SUPPORT OF CITY
14  persons,                           | OF SACRAMENTO'S OPPOSITION
                                       | OF TEMPORARY RESTRAINING
15              Plaintiffs,            | ORDER**
                                       |
16       vs.                          | Date:        TBD
                                       | Time:        TBD
17                                     | Location:    Robert T. Matsui US
    CITY OF SACRAMENTO;                |              Courthouse
18  SACRAMENTO POLICE DEPARTMENT;      |              501 I Street
    and DOES 1 to 50,                  |              Sacramento, CA 95814
19                                     | Courtroom:   TBD
                Defendants.            | Judge:       TBD
20

21

22  I, Sean D. Richmond, declare:

23       1.      I am an attorney at law duly licensed to practice before all the Courts of the State of

24  California and I am a Senior Deputy City Attorney for the Sacramento City Attorney's Office,

25  the attorneys of record for the City of Sacramento (the "City").  I have personal knowledge of

26  the facts set forth in this declaration.  If called upon to do so, I could and would testify to the

27  following facts.

28  / / /

                                        1

1    2.    Attached hereto as Exhibit "1" are true and correct copies of photographs taken by

2    City Attorney Aaron Israel taken on the morning of February 5, 2020, depicting the subject

3    portable toilets at their location on North B Street.

4        I declare under penalty of perjury according to the laws of the State of California that the

5    foregoing is true and correct.

6        Executed on February 5, 2020 in Sacramento, California.

7

8                                    _____/s/ SEAN D. RICHMOND_____

9                                    **SEAN D. RICHMOND**
                                     Senior Deputy City Attorney

10
                                     Attorneys for the CITY OF SACRAMENTO and the
11                                   SACRAMENTO POLICE DEPARTMENT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SEAN D. RICHMOND IN SUPPORT OF CITY OF SACRAMENTO'S
OPPOSITION

890182

# EXHIBIT 1



