SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**BRETT M. WITTER, Supervising Deputy City Attorney (SBN 168340)**
BWitter@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and
CITY OF SACRAMENTO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MAHONEY; CAROLINE KENNEDY; SURACHA XIONG; and BRANDON ALLEN, SR., on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; and DOES 1 to 50,<br><br>Defendants. | Case No.: 2:20-cv-00258-KJM-CKD<br><br>DECLARATION OF BRETT M. WITTER IN SUPPORT OF CITY OF SACRAMENTO'S OPPOSITION OF TEMPORARY RESTRAINING ORDER<br><br>Date: TBD<br>Time: TBD<br>Location: Robert T. Matsui US Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom: TBD<br>Judge: TBD |

I, Brett M. Witter, declare:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California and I am a Supervising Deputy City Attorney for the Sacramento City Attorney's Office, the attorneys of record for the City of Sacramento (the "City"). I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would testify to the following facts.

/ / /

1

2. At 12:43 p.m. on February 4, 2020, I received an e-mail from Paul Masuhara of the Law Office of Mark Merin. Attached to Mr. Masuhara's e-mail were copies of the Summons and Complaint in this matter, along with a motion for Temporary Restraining Order. The motion for TRO specifically indicated that there was no hearing yet scheduled. The e-mail also indicated that Mr. Merin had called the City Attorney's Office "multiple times and left messages," but that he had been unsuccessful in reaching me regarding the attached documents.

3. I have not yet spoken with Mr. Merin or Mr. Masuhara about this matter. In addition, I have reviewed all of the voice mail messages left for me at my office, and have not received any from either Mr. Merin or Mr. Masuhara regarding this matter.

4. At 3:32 p.m. on February 4, 2020, I received another e-mail from Paul Masuhara of the Law Office of Mark Merin providing me with a copy of the Judge Kimberly J. Mueller's February 4, 2020, minute order requiring the City to file any opposition to the TRO application by 5:00 p.m. on February 5, 2020.

5. I am informed and believe that Mr. Masuhara served a copy of Judge Mueller's February 4, 2020 minute order on the City Clerk at 4:45 p.m. on February 4, 2020.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed on February 5, 2020 in Sacramento, California.

/s/BRETT M. WITTER
**BRETT M. WITTER**
Supervising Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO
and the SACRAMENTO POLICE DEPARTMENT