SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**BEAU E. PARKHURST, Senior Deputy City Attorney (SBN 283336)**
BParkhurst@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and
SACRAMENTO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MAHONEY; CAROLINE KENNEDY; SURACHA XIONG; and BRANDON ALLEN, SR., on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; and DOES 1 to 50,<br><br>Defendants. | Case No.: 2:20-cv-00258-KJM-CKD<br><br>**DECLARATION OF BEAU E. PARKHURST IN SUPPORT OF CITY OF SACRAMENTO'S OPPOSITION OF TEMPORARY RESTRAINING ORDER**<br><br>Date: TBD<br>Time: TBD<br>Location: Robert T. Matsui US Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom: TBD<br>Judge: TBD |

I, Beau E. Parkhurst, declare:

    1.    I am an attorney at law duly licensed to practice before all the Courts of the State of California and I am a Senior Deputy City Attorney for the Sacramento City Attorney's Office, the attorneys of record for the City of Sacramento (the "City"). I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would testify to the following facts.

/ / /

1

DECLARATION OF BEAU E. PARKHURST IN SUPPORT OF CITY OF SACRAMENTO'S OPPOSITION

2. I am employed in the City Code Enforcement Unit of the City Attorney's Office. On the morning of February 4, 2020, Plaintiffs' counsel Mark Merin contacted the City Attorney's Office and spoke to me informing me of the impending TRO application related to the placement of the port-a-potties.

3. Mr. Merin stated that he was required to address the issue of alternative measures and told me that he would accept nothing less than the City's agreement to allow the toilets to remain where they are.

4. I responded that I would need more information regarding the toilets, such as their location and that I ultimately would not have the authority to bind the City to the agreement demanded by Mr. Merin.

5. Mr. Merin would not even agree to disclose the location to me claiming that if he did, the City would merely go to the location and remove the toilets.

6. I advised Mr. Merin that I would relay the information given by him to the supervisor of the City Attorney Office's Litigation Section, Brett Witter.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed on February 5, 2020 in Sacramento, California.

                    /s/BEAU E. PARKHURST
**BEAU E. PARKHURST**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO and the SACRAMENTO POLICE DEPARTMENT

DECLARATION OF BEAU E. PARKHURST IN SUPPORT OF CITY OF SACRAMENTO'S OPPOSITION